

**+1 240-209-9566**

Thursday, April 14, 2022

We have a wide range of products. Can you answer the following questions to help me better determine what we are dealing with? Time in Business? Monthly Revenue? Any open balances?   11:18 AM

Hello,Brandon. It&#039;s Dan with Dealstruck. Which option would interest you most? Line of Credit, SBA Loan, Merchant Cash Advance? Simply reply back with your email address for more info.   11:19 AM

Monday, April 18, 2022

Hello,Brandon. It's Dan with Dealstruck. Whats most important to you when searching for the right option?

A. Monthly payment

B. Affordable rate

C. Longer term

D. None of the above   10:21 AM

Monday, April 25, 2022

Hello,Brandon. It's Dan with Dealstruck. What's most important to you when searching for the right option?

A. Monthly payment

B. Affordable rate

**EXHIBIT A**

11:28    100%

**< +1 240-209-9566 ⌄**

*Tuesday, April 26, 2022*

Judging by the radio silence, I'm going to assume one of these two things:

1) You are interested in growing your business but haven't had the time yet to respond.

2) You are not looking for more capital at this point.

Please let me know which one it is.   11:19 AM

*Wednesday, April 27, 2022*

My name is Dan with Dealstruck. I just wanted to see if you were possibly interested in exploring some affordable options for your business.   9:48 AM

*Thursday, April 28, 2022*

Hey Brandon, its Dan with Dealstruck. What is a good email address to send you information on our business LOC program?   1:11 PM

*Friday, April 29, 2022*

My name is Dan with Dealstruck Capital.

**EXHIBIT A**



11:28

**+1 240-209-9566**

Friday, April 29, 2022

My name is Dan with Dealstruck Capital. I just wanted to see if you were possibly interested in exploring some affordable options for your business. If so, please complete this application link: https://app.hellosign.com/home/reusableLink?guid=ce2ece13&in_person=1     8:36 AM

Monday, May 2, 2022

Hey Brandon. Minimum qualifications are 6 months in business, 500 credit, 10k monthly gross. Please respond with your email address for more info.     1:12 PM

Tuesday, May 3, 2022

My name is Dan with Dealstruck. I just wanted to see if you were possibly interested in exploring some affordable options for your business.     8:11 AM

Thursday, May 12, 2022

Hey Brandon its Dan with Dealstruck. Which product would best suite your biz? LOC, Term, SBA, MCA, Consolidation, None at this time     7:03 PM

Tuesday, June 14, 2022

Hello,Brandon. It's Dan with Dealstruck.

**EXHIBIT A**

11:29

**+1 240-209-9566**

Tuesday, June 14, 2022

Hello, Brandon. It's Dan with Dealstruck. Whats most important to you when searching for the right option?

A. Monthly payment

B. Affordable rate

C. Longer term

D. None of the above

8:14 AM

Thursday, December 8, 2022

Hello, Brandon. It's Dan with Dealstruck. There are tons of business promotions available now. We have MONTHLY payment options as well. Simply respond YES to learn more or STOP to no longer receive these messages.

9:20 AM

Sunday, February 12

Hi, Its Dan with Dealstruck. Simplify your finances and lower your debt with our debt consolidation options. Let us help you find a solution that works for you. Savings of about 30% on your daily or weekly payment balances can be achieved! Simply respond YES to learn more.

12:44 PM

Monday, February 13

What's your website

2:27 PM

**EXHIBIT A**



11:29 100%

+1 240-209-9566

Thursday, December 8, 2022

Hello,Brandon. It's Dan with Dealstruck . There are tons of business promotions available now. We have MONTHLY payment options as well. Simply respond YES to learn more or STOP to no longer receive these messages. 9:20 AM

Sunday, February 12

Hi, Its Dan with Dealstruck. Simplify your finances and lower your debt with our debt consolidation options. Let us help you find a solution that works for you. Savings of about 30% on your daily or weekly payment balances can be achieved! Simply respond YES to learn more. 12:44 PM

Monday, February 13

2:37 PM What's your website

Dealstruck.com 2:47 PM

Whats the best email address to send my application? 2:48 PM

3:12 PM Not interested please stop calling and texting this is not a business

EXHIBIT A