**FILED**
May 09, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Laura Loera_____
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| **DEALSTRUCK, INC.,** a Delaware Corporation | §   EP-23-CV-0107-KC |
| | § |
| Defendants. | § |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

### TO THE HONORABLE COURT AND ALL PARTIES:

With Defendant Dealstruck, Inc., not having answered nor filed a motion not to dismiss or for summary judgment, Plaintiff Erik Salaiz, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice, with each party to bear its own costs, attorneys' fees, and other fees. *See, e.g.*, *Bailey v. Shell Western E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has an "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary or court") (internal quotation marks and citations omitted).

Dated:  May 9, 2023                              Respectfully submitted,

                                                             _____
                                                             Erik Salaiz (*Pro Se*)
                                                             319 Valley Fair Way
                                                             El Paso, TX 79907
                                                             915-929-1527
                                                             e-Mail: salaiz.ep@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § § § **Plaintiff,** § § **v.** § § **DEALSTRUCK, INC.,** a Delaware Corporation § § § § § **Defendants.** § § | EP-23-CV-0107-KC |

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated: May 9, 2023

Respectfully submitted,

_____
Erik Salaiz (*Pro Se*)
319 Valley Fair Way
El Paso, TX 79907
915-929-1527
e-Mail: salaiz.ep@gmail.com